PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-1650
_____

RICHARD FIELDS,
                    Appellant

v.

CITY OF PHILADELPHIA; SISCA,
POLICE OFFICER, BADGE NO. 9547;
JOE DOE, AN UNKNOWN PHILADELPHIA
POLICE OFFICER

_____

No. 16-1651
_____

AMANDA GERACI,
                    Appellant

v.

CITY OF PHILADELPHIA; DAWN BROWN,
POLICE OFFICER, BADGE NO. 2454;
TERRA M. BARROW, POLICE OFFICER,
BADGE NO. 1147; NIKKI L. JONES,
POLICE OFFICER, BADGE NO. 2549;
RHONDA SMITH, POLICE OFFICER,
BADGE NO. 1373

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-14-cv-04424/05264)
District Judge: Honorable Mark A. Kearney

_____

Before: AMBRO, RESTREPO, and NYGAARD, Circuit Judges

ORDER AMENDING OPINION

The Court has been made aware of a typographical error in the opinion entered on July 7, 2017. Accordingly, it is O R D E R E D that sentence on page 19, paragraph 1, line 11 of the opinion should read:

> Notably, the plaintiff in Fordyce [v. City of Seattle, 55 F.3d 436 (9th Cir. 1995)] claimed he was recording a public protest for a local news station."); …

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: July 13, 2017